71056. GEORGIA POWER COMPANY v. KALMAN FLOOR COMPANY.
(354 SE2d 28)

DEEN, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, 256 Ga. 534 (350 SE2d 421) (1986), our decision in *Georgia Power Co. v. Kalman Floor Co.*, 177 Ga. App. XXIX (1986) is hereby vacated and the judgment of the Supreme Court is made the judgment of this court. The Motion to Stay Remittitur is denied.

*Judgment reversed. Pope and Beasley, JJ., concur.*

DECIDED FEBRUARY 2, 1987.

*Herbert D. Shellhouse, John C. Stivarius, Jr.*, for appellant.
*Alan F. Herman, Lawrence J. Myers, Edgar A. Neely, Jr.*, for appellee.